# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

FILED

2008 JUL 28 P 12:00

COURT
TENN.

**FROM:** U.S. District Judge Harry S. Mattice, Jr.

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs Clifton Howard - Case No. 1:08-cr-61

**Name of Expert or Investigator:** Denis L. Bakkom

**Address:** P.O. Box 17446, Chattanooga, TN 37415. Telephone: 423-874-0624

**Type of Expert:** Investigative Services

**Reason for Application:** The reason for the application is set out in the attached Amended Second Motion for Authorization for Additional Investigative Services and Affidavit in Support. Counsel for defendant has advised further investigation services will require an additional cost of $3,000.00 for a total approved amount of $4,600.00.

**Estimated Compensation.** $4,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $3,000.00.

_____       6/23/2008
U.S. District Judge Harry S. Mattice, Jr.       Date

_____       7-23-08
Honorable Alice M. Batchelder       Date
U.S. Court of Appeals